Case No. 25-1703/25-1705/25-1754

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

WINERIES OF THE OLD MISSION PENINSULA ASSOCIATION, a Michigan Nonprofit Corporation (WOMP); BOWERS HARBOR VINEYARD & WINERY, INC, a Michigan Corporation; BRYS WINERY, LC, a Michigan Corporation; CHATEAU GRAND TRAVERSE, LTD., a Michigan Corporation; GRAPE HARBOR INC., a Michigan Corporation; MONTAGUE DEVELOPMENT, LLC, a Michigan limited liability company; OV THE FARM LLC, a Michigan liability company; TABONE VINEYARDS, LLC, a Michigan liability company; TWO LADS, LLC, a Michigan liability company; VILLA MARI, LLC, a Michigan liability company; WINERY AT BLACK STAR FARMS LLC, a Michigan liability company; CHATEAU OPERATIONS, LTD, a Michigan Corporation

      Plaintiffs - Appellees [25-1703/25-1705]/Cross-Appellants [25-1754]

v.

TOWNSHIP OF PENINSULA, MI, a Michigan Municipal Corporation

      Defendant - Appellant [25-1703]/Cross-Appellee [25-1754]

PROTECT THE PENINSULA, INC.

      Intervenor - Appellant [25-1705]/Cross-Appellee [25-1754]

Upon consideration the motions for leave to file an amicus brief filed by parties International Municipal Lawyers Association, Government Law Section of the State Bar of Michigan, American Farmland Trust and Michigan Townships Association,

It is **ORDERED** that the motions are **GRANTED**. It is **FURTHER ORDERED** that the motion of Michigan Municipal League (MML) Legal Defense Fund is **DENIED WITHOUT PREJUDICE**. MML's augmented disclosure in its reply brief, D. 67 at 2, refers to the wrong entity. We grant Michigan Municipal League leave to refile within 7 days its motion and proposed brief with a corrected disclosure statement.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: April 02, 2026

_Kelly L. Stephens_